ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUL 3 0 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. CASILLAS,<br><br>    Petitioner,<br><br>    v.<br><br>DARYL ADAMS, warden,<br><br>    Respondent. | Case No. CV 08-05765 VAP (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: July 29, 2009

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 31 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY